# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SCOTT ANTHONY MARTINI**                                                        **PLAINTIFF**

v.                    No: 1:19-cv-00004 JM-PSH

**JOHNSON,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 5th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE